RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Thomas Ronald Hoover

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS RONALD HOOVER,<br><br>　　　　　Defendant. | Case No. 3:14-cr-00072-RCJ-CLB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brett Ruff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Thomas Ronald Hoover, that the Revocation Hearing currently scheduled on September 22, 2020, be vacated and continued to **October 13, 2020** at **10:00 am**.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant needs additional time to review and discuss discovery with Mr. Hoover and prepare for the revocation hearing and sentencing.  The additional time will also permit the parties to further discuss resolution of the matter.

2. Mr. Hoover is in custody and does not object to the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 16 day of September, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Brett Ruff*<br>BRETT RUFF<br>Assistant United States Attorney |

I agree to the continuance as outlined above

By: */s/ Katherine Tanaka on behalf of Thomas Ronald Hoover*
  THOMAS RONALD HOOVER, Defendant

2

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00072-RCJ-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS RONALD HOOVER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, September 22, 2020 at 10:30 a.m., be vacated and continued to October 13, 2020 at 10:00 am.

DATED this 16th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE

3